UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY CHAMBERS
Plaintiff,

v.

CITY OF HOLLAND,
JUDGE JUANITA BOCANEGRA,
CITY ATTORNEY DEREK DALMAN,
Defendants.

CASE NO.

FILED - GR
February 5, 2021 11:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb   SCANNED BY: TB 2/5/21

1:21-cv-123
Robert J. Jonker - Chief U.S. District Judge

## VIOLATION OF CONSTITUTIONAL RIGHTS COMPLAINT

1. 42 U.S. CODE § 1983, CIVIL ACTION FOR DEPRIVATION OF RIGHTS

2. JANUARY 13, 2021, CASE NO. HL-20-086114-OM PLAINTIFF WAS FOUND GUILTY OF TALKING.

3. PLAINTIFF WAS DEPRIVED OF FIRST AMENDMENT RIGHTS.

4. TESTIMONY BY THE STATES' WITNESSES WAS HEARSAY.

5. PLAINTIFF WAS DEPRIVED OF HIS SIXTH AMENDMENT RIGHTS.

6. DENIED DUE PROCESS

7. PERSON WHO ALLEGED CHARGES WAS NOT IN COURT AT THE TIME OF TRIAL.

8. PLAINTIFF ASK FOR RELIEF OF ALL ORDERS MADE IN VIOLATION OF THE LAW.

9. DEFENDENT DISHONORS HER POSITION AND SHOULD BE REMOVED FROM THE BENCH.

10. DEREK DALMAN IN COLLUSION, WILLFULLY, KNOWINGLY AND WANTONLY VIOLATED PLAINTIFFS' RIGHTS.

11. DEFENDENT DALMAN SHOULD BE DISBARRED.

JEFFREY CHAMBERS
*Jeffrey Chambers*
431 DIEKEMA #137
HOLLAND, MI 49423
616-405-5963



Jeffrey Chambers
431 Diekema Ave.
Apt. 137
Holland, MI 49423

OFFICIAL BUSINESS



GRAND RAPIDS MI

3 FEB 2021

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
110 MICHIGAN ST. NW
GRAND, RAPIDS, MI 49503

49503-236399